

Attorneys admitted in
California, New York,
Texas, Pennsylvania, Colorado,
and Illinois

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

May 1, 2024

**DELIVERED VIA ECF**

The Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

| | |
|---|---|
| **Case Title:** | ***Torres v. Quincy Bioscience Holding Company, Inc., et al.*** <br> **1:24-cv-01773-PKC** |
| **Re:** | **Notice of Settlement** |

Your Honor:

This office represents Plaintiff, Raul Torres, in the above referenced matter. We write to provide notice that the parties have reached a settlement as to all claims at issue in this case and believe that the case will be dismissed within 60 days.

In light of the foregoing, the parties respectfully request that the Court vacate all current hearing dates and deadlines and provide the parties 60 days to complete the settlement process and dismiss the action. This is the parties' first request of this nature. Defendants, Quincy Bioscience Holding Company, Inc. and Prevagen, Inc., join in this request. We thank Your Honor for your attention to this matter.

Respectfully submitted,

By:   */s/ Scott Alan Burroughs*
Scott Alan Burroughs
DONIGER / BURROUGHS
For the Plaintiff

**SO ORDERED.**

Dated: _____, 2024
New York, New York

By:  _____
Honorable P. Kevin Castel
U.S. DISTRICT JUDGE